DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL WALTER,**
Appellant,

v.

**HEATHER HEROT,**
n/k/a **HEATHER HARRIS,**
Appellee.

No. 4D2022-2409

[January 17, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 502009DR003524.

Troy William Klein, West Palm Beach, for appellant.

Lydia A. Worden and Stacy N. Beaulieu-Fawcett of Beaulieu-Fawcett Law Group, P.A., Delray Beach, for appellee.

PER CURIAM.

The father appeals an order which in part granted the mother retroactive child support. We find that the trial court erred in granting the mother an award of retroactive child support dating back to October 2010. We reverse and remand for the trial judge to recalculate the award of retroactive child support from November 2018 onward, when it was undisputed in the record that the father did not utilize his timesharing with the minor children. *See Henry v. Henry*, 191 So. 3d 995, 998 (Fla. 4th DCA 2016) (reversing and remanding for proper recalculation of retroactive child support). On the other issue raised, we affirm.

*Affirmed in part; reversed and remanded in part with instructions.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***